IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:02CR3158-2 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| ALI ABDUL-AZEZ SOFYAN, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the government's motion to extend time for filing of response and brief (filing 145) is granted. The government's response and brief in response to the undersigned's memorandum order dated July 5, 2005 (filing 143) shall be filed on or before July 25, 2005.

July 19, 2005.                                BY THE COURT:

                                              s/ *Richard G. Kopf*
                                              United States District Judge